UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA CILMI SMITH, on behalf of herself
and those similarly situated,

                        Plaintiff,

-against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY dba GEICO, a Delaware Corporation
doing business in the State of New York,

                        Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/14
```

Docket Number:
14-CV-6398 (PAE)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate that the above referenced matter shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

                                                  Respectfully submitted,

/S/                                                    /S/

_____       _____

David R. Markham, Esquire                  Eric Hemmendinger, Esquire
THE MARKHAM LAW FIRM                 SHAWE & ROSENTHAL, LLP
750 B Street, Suite 1950                      One South Street, Suite 1800
San Diego, CA 92101                          Baltimore, MD 21202
619-399-3995 Telephone                   410-752-1040 Telephone
619-615-2067 Facsimile                     410-752-8861 Facsimile
                                                         *Admitted Pro Hac Vice*

*Counsel for Plaintiffs*                           Barry I. Levy, Esquire

Signed by Eric Hemmendinger            Kenneth A. Novikoff, Esquire
with counsel's permission                    Scott Green, Esquire
                                                         RIVKIN RADLER, LLP
                                 12/8/14          926 RXR Plaza
                                                         Uniondale, NY 11556
                                                         516-357-3000 Telephone
**SO ORDERED:**                                   516-357-3333 Facsimile

Paul A. Engelmayer
_____       *Counsel for Defendant, Government Employees*
**HON. PAUL A. ENGELMAYER**           *Insurance Company*
**UNITED STATES DISTRICT JUDGE**